■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY D. HANNO, Appellant. [604 NYS2d 874] —Judgment unanimously affirmed. Memorandum: County Court did not abuse its discretion in denying defendant's application for youthful offender status *(see, People v Cruickshank,* 105 AD2d 325, 333-334, *affd sub nom. People v Dawn Maria C.,* 67 NY2d 625; *see also, People v Henninger,* 185 AD2d 714, *lv denied* 80 NY2d 930). Furthermore, we decline as a matter of discretion

in the interest of justice to vacate the conviction and adjudicate defendant a youthful offender *(cf., People v Cruickshank, supra)*. We conclude that the sentence imposed was neither harsh nor excessive. (Appeal from Judgment of Cayuga County Court, Corning, J.—Burglary, 3rd Degree.) Present—Callahan, J. P., Green, Fallon, Boomer and Davis, JJ.